IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES GAHAN, on behalf of COREY GAHAN, a minor child,  )  )  )  Plaintiff,  )  )  vs.  )  )  UNITED STATES AMATEUR  ) CONFEDERATION OF ROLLER  ) SKATING, d/b/a/ USA ROLLER  ) SPORTS,  )  )  Defendant.  ) | 4:05CV3200  **ORDER** |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 20) is granted, as follows: Defendant shall have until September 22, 2005, to file the Colorado's Judge's order and to indicate whether Defendant wishes to proceed on its pending motions.

September 6, 2005.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

Dockets.Justia.com