IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES GAHAN, on behalf of COREY GAHAN, a minor child, | ) ) ) | 4:05CV3200 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| UNITED STATES AMATEUR CONFEDERATION OF ROLLER SKATING, d/b/a/ USA ROLLER SPORTS, | ) ) ) ) ) | |
| Defendant. | ) | |

Inasmuch as Defendant has joined in a stipulation for dismissal of this action and has not notified the court that it wishes to proceed with its pending motions,

IT IS ORDERED that Defendant's motion to dismiss (filing 12), motion for preliminary injunction (filing 13), motion for sanctions (filing 14), and motion for hearing (filing 16) are deemed withdrawn.

September 23, 2005.     BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge