IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES GAHAN, et al., | ) | CASE NO: 4:05CV3200 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | TO WITHDRAW EXHIBITS |
| | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| | ) | DESTROYED |
| UNITED STATES AMATEUR | ) | |
| CONFEDERATION OF ROLLER | ) | |
| SKATING, | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant, shall either 1) withdraw the following exhibit previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Exhibit number(s): 1

Hearing type(s): TRO hearing

Date of hearing(s): 8/18/05

If defendant's counsel fails to withdraw this exhibit as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 2, 2007.

s/ Richard G. Kopf
United States District Judge